# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> JOHN DOE subscriber assigned IP address 97.99.53.81, <br><br> Defendant. | Civil Case No. 3:18-cv-03171-D <br><br> Judge Sidney A. Fitzwater |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
## WITH PREJUDICE OF JOHN DOE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Strike 3 Holdings, LLC hereby gives notice that its claims in this action against Defendant John Doe, subscriber assigned IP address 97.99.53.81, are voluntarily dismissed with prejudice.

Dated: January 11, 2019               Respectfully submitted,

                                      By: /s/ *Andy Nikolopoulos*
                                          Andy Nikolopoulos, Esq. (24044852)
                                          anikolopoulos@foxrothschild.com
                                          Fox Rothschild, LLP
                                          5420 Lyndon B. Johnson Freeway
                                          Two Lincoln Centre, Suite 1200
                                          Dallas TX 75240-6215
                                          Tel.: (972) 991-0889
                                          Fax: (972) 404-0516
                                          www.foxrothschild.com
                                          *Attorneys for Plaintiff*