| TO:<br><br>**Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |
|---|---|

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ✔ ACTION          APPEAL | COURT NAME AND LOCATION<br>United States District Court for the Northern District of Texas,<br>Dallas Division |
|---|---|
| DOCKET NO.<br>3:18-cv-3171-N | DATE FILED<br>11/29/2018 | |
| PLAINTIFF<br><br>Strike 3 Holdings LLC | DEFENDANT<br><br>John Doe, subscriber assigned IP address 97.99.53.81 |

| COPYRIGHT<br>REGISTRATION  NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | (See attached Complaint) | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>Amendment          Answer          Cross Bill          Other Pleading | |
|---|---|---|
| COPYRIGHT<br>REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | | |
| 2 | | |
| 3 | . | |

In the above-entitled case, a final decision was rendered on the date entered below.  A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>Order          Judgment | WRITTEN OPINION ATTACHED<br>Yes          No | DATE RENDERED |
|---|---|---|
| CLERK<br>CLERK OF COURT | (BY) DEPUTY CLERK<br>s/ A. Aguilar | DATE<br>11/29/2018 |

**DISTRIBUTION:**

1) Upon initiation of action,<br>mail copy to Register of Copyrights   2) Upon filing of document adding copyright(s),<br>mail copy to Register of Copyrights   3) Upon termination of action,<br>mail copy to Register of Copyrights

4) In the event of an appeal, forward copy to Appellate Court          5) Case File Copy